# Court of Appeals
# of the State of Georgia

ATLANTA,  July 25, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0890. ELLIS v. ELLIS.**

The appellee sued the appellant in superior court, alleging that the appellant had mismanaged an estate. The appellant filed the instant appeal of a superior court order granting summary judgment on the issue of his liability.

The appellee has moved to dismiss the appeal on the ground that the parties have reached a final, global agreement. He represents that all beneficiaries of the estate have consented to a petition for discharge, which has resulted in distribution of all estate assets. He represents that he will dismiss the superior court action upon remand. The appellee's motion to dismiss the appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/25/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*